UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, Commonwealth of Massachusetts, *and* State of Wisconsin,<br><br>   Plaintiffs,<br><br> v.<br><br>Dairy Farmers of America, Inc., *and* Dean Foods Company,<br><br>   Defendants. | Case No. 1:20-cv-2658 |

### MOTION OF NONPARTY WISCONSIN LEGISLATURE FOR PERMISSION TO FILE LETTER

 Nonparty the Wisconsin Legislature ("Legislature") moves for the Court's permission to file a letter in this matter, *see* N.D. Ill. L.R. 5.6, responding to the Correspondence filed by Assistant Attorney General Gwendolyn J. Cooley on behalf of Plaintiff the State of Wisconsin, Dkt. 28. A copy of the Legislature's letter and its accompanying exhibit are attached to this Motion. As the Legislature's letter more fully explains, the Legislature strongly disagrees with the Wisconsin Attorney General's interpretation of Section 26 of Act 369, codified at Wis. Stat. § 165.08(1), and has filed a Petition for Original Action with the Wisconsin Supreme Court to resolve this legal dispute. Given the relevance of the Legislature's letter to the pending proceedings in this case, described by Assistant Attorney General Cooley's Correspondence, the Legislature respectfully requests that this Court allow it to file its letter on the docket. *See* N.D. Ill. L.R. 5.6; *see generally* Fed. R. Civ. P. 1.

- 2 -

Dated, June 29, 2020

                                        Respectfully Submitted,

                                        /s/ Misha Tseytlin
                                        MISHA TSEYTLIN
                                        TROUTMAN SANDERS LLP
                                        227 W. Monroe Street
                                        Suite 3900
                                        Chicago, IL 60606
                                        (608) 999-1240
                                        (312) 759-1939 (fax)
                                        misha.tseytlin@troutman.com

                                        *Attorney for the Wisconsin Legislature*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June, 2020, a true and accurate copy of the foregoing was served via the Court's CM/ECF system upon all counsel of record.

/s/ Misha Tseytlin
MISHA TSEYTLIN
TROUTMAN SANDERS LLP
227 W. Monroe Street
Suite 3900
Chicago, IL 60606
(608) 999-1240
(312) 759-1939 (fax)
misha.tseytlin@troutman.com