# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
## Eastern Division

United States of America, et al.

                                    Plaintiff,

v.                                           Case No.: 1:20−cv−02658

                                                        Honorable Gary Feinerman

Dairy Farmers of America, Inc., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 30, 2020:

      MINUTE entry before the Honorable Gary Feinerman:Motion for leave to file [30] is granted. Non−party Wisconsin Legislature shall file its letter as a separate docket entry.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.