## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June, 2020, a true and accurate copy of the foregoing correspondence to Judge Gary S. Feinerman was served via the Court's CM/ECF system upon all counsel of record.

/s/ Misha Tseytlin
MISHA TSEYTLIN
TROUTMAN SANDERS LLP
227 W. Monroe Street
Suite 3900
Chicago, IL 60606
(608) 999-1240
(312) 759-1939 (fax)
misha.tseytlin@troutman.com