**UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>COMMONWEALTH OF MASSACHUSETTS,<br><br>and<br><br>STATE OF WISCONSIN,<br><br>    *Plaintiffs,*<br><br>v.<br><br>DAIRY FARMERS OF AMERICA, INC.<br><br>and<br><br>DEAN FOODS COMPANY,<br><br>    *Defendants*. | No. 20 C 2658<br><br>Judge Feinerman |

**UNITED STATES' NOTICE RELATING TO THE EXTENSION OF THE PERIOD FOR DFA TO DIVEST THE DIVESTITURE ASSETS**

Pursuant to Paragraph IV.A. of the proposed Final Judgment filed with this Court, the United States hereby notifies the Court that it has extended the time period for Dairy Farmers of America ("DFA") to divest the Divestiture Assets (as defined in the proposed Final Judgment) for an additional 15 days.

Under the proposed Final Judgment, DFA had until June 1, 2020 to divest the Divestiture Assets, and the United States has sole discretion to grant extensions of up to 60 additional days. Because DFA had been working diligently to divest the Divestiture Assets, the United States extended the time period for DFA to market the Divestiture Assets for 30 days on June 1, 2020. *See* Joint Status Report, Docket No. 20, at 4. The proposed Final Judgment allows the United States, in its sole discretion, to further extend the time period for up to an additional 30 days.

DFA has continued to work diligently to divest the Divestiture Assets. Pursuant to Paragraph IV.A. of the proposed Final Judgment, the United States has extended the time period for DFA to market the Divestiture Assets for 15 additional days based on DFA's representations

and in anticipation of DFA entering into a contractual agreement during this period for the Harvard Plant and De Pere Plant (as defined in the proposed Final Judgment).

Dated: July 1, 2020

                                    Respectfully submitted,

                                    /s/ Karl D. Knutsen
Karl D. Knutsen
Justin Heipp
Nathaniel J. Harris
Christopher A. Wetzel
U.S. Department of Justice
Antitrust Division
Healthcare and Consumer Products Section
450 Fifth Street, NW, Suite 4100
Washington, DC 20530
202-514-0976
karl.knutsen@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Karl D. Knutsen, hereby certify that on July 1, 2020, I caused a copy of the foregoing Notice to be served on Defendants by mailing the document electronically to their duly authorized legal representatives as follows:

For Defendant Dairy Farmers of America, Inc.:

W. TODD MILLER
Baker & Miller
2401 Pennsylvania Ave., NW
Washington, DC 20037
Tel: (202) 663-7822
Fax: (202) 663-7849
tmiller@bakerandmiller.com

MICHAEL G. EGGE
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2285
Fax: (202) 637-2201
michael.egge@lw.com

GARRET RASMUSSEN
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005
Tel: (202) 339-8481
Fax: (202) 339-8500
grasmussen@orrick.com

For Defendant Dean Foods Company:

ARTHUR J. BURKE
Davis Polk LLP
450 Lexington Ave.
New York, NY
Tel: (212) 450-4352
Fax: (212) 701-5800
arthur.burke@davispolk.com

And other ECF registered users by ECF.

    <u>/s/ Karl D. Knutsen</u>
Karl D. Knutsen
Attorney for the United States
U.S. Department of Justice Antitrust Division
450 Fifth Street NW, Suite 4100
Washington, DC 20530
Tel.: 202-514-0976
Fax: 202-307-5802
E-mail: karl.knutsen@usdoj.gov