## UNITED STATES DISTRICT COURT
## FOR NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> COMMONWEALTH OF MASSACHUSETTS, <br><br> and <br><br> STATE OF WISCONSIN, <br><br>     *Plaintiffs,* <br><br> v. <br><br> DAIRY FARMERS OF AMERICA, INC. <br><br> and <br><br> DEAN FOODS COMPANY, <br><br>     *Defendants*. | No. 20 C 2658 <br><br> Judge Feinerman |

### UNOPPOSED MOTION OF THE UNITED STATES TO APPOINT DIVESTITURE TRUSTEE

Plaintiff, United States of America, hereby moves this Court for entry of an order appointing Mr. Jerry Sturgill of CRS Capstone Partners LLC as Divestiture Trustee pursuant to Section V of the proposed Final Judgment in the above-captioned matter. The United States has informed Defendants Dairy Farmers of America, Inc., and Dean Foods Company (collectively, "Defendants") that it is filing this motion, which, pursuant to the terms of the proposed Final Judgment, Defendants may not oppose. The Court may therefore proceed with the appointment.

In support of its motion, the United States files herewith a Memorandum in Support of Unopposed Motion of the United States to Appoint Divestiture Trustee.

Dated: July 16, 2020

                                                Respectfully submitted,

                                                /s/ Karl D. Knutsen
                                                Karl D. Knutsen
                                                Justin Heipp
                                                Nathaniel J. Harris
                                                Christopher A. Wetzel
                                                U.S. Department of Justice
                                                Antitrust Division
                                                Healthcare and Consumer Products Section
                                                450 Fifth Street, NW, Suite 4100
                                                Washington, DC 20530
                                                202-514-0976
                                                karl.knutsen@usdoj.gov

## **CERTIFICATE OF SERVICE**

I, Karl D. Knutsen, hereby certify that on July 16, 2020, I caused a copy of the foregoing Unopposed Motion To Appoint Divestiture Trustee to be served on Defendants by mailing the document electronically to their duly authorized legal representatives as follows:

For Defendant Dairy Farmers of America, Inc.:

W. TODD MILLER
Baker & Miller
2401 Pennsylvania Ave., NW
Washington, DC 20037
Tel: (202) 663-7822
Fax: (202) 663-7849
tmiller@bakerandmiller.com

MICHAEL G. EGGE
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2285
Fax: (202) 637-2201
michael.egge@lw.com

GARRET RASMUSSEN
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005
Tel: (202) 339-8481
Fax: (202) 339-8500
grasmussen@orrick.com

For Defendant Dean Foods Company:

ARTHUR J. BURKE
Davis Polk LLP
450 Lexington Ave.
New York, NY
Tel: (212) 450-4352
Fax: (212) 701-5800
arthur.burke@davispolk.com

And other ECF registered users by ECF.

3

    /s/ Karl D. Knutsen
Karl D. Knutsen
Attorney for the United States
U.S. Department of Justice Antitrust Division
450 Fifth Street NW, Suite 4100
Washington, DC 20530
Tel.: 202-514-0976
Fax: 202-307-5802
E-mail: karl.knutsen@usdoj.gov