# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

United States of America, et al.

                                         Plaintiff,

v.                                                Case No.: 1:20−cv−02658
                                                       Honorable Gary Feinerman

Dairy Farmers of America, Inc., et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 24, 2020:

      MINUTE entry before the Honorable Gary Feinerman: The 7/17/2020 order [36] set 7/23/2020 as the deadline to file an opposition to the motion of Plaintiff United States for order appointing divestiture trustee [35]. No opposition was filed. Accordingly, the motion of Plaintiff United States for order appointing divestiture trustee [35] is granted. The court appoints Jerry Sturgill as Divestiture Trustee under Section V of the proposed Final Judgment. The motion hearing set for 7/28/2020 [36] is stricken.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.