UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **COMMONWEALTH OF MASSACHUSETTS,** <br><br> and <br><br> **STATE OF WISCONSIN,** <br><br> *Plaintiffs,* <br><br> v. <br><br> **DAIRY FARMERS OF AMERICA, INC.** <br><br> and <br><br> **DEAN FOODS COMPANY** <br><br> *Defendants.* | Case No. 1:20-cv-02658 |

**JOINT REPORT AND CERTIFICATION OF COMPLIANCE WITH TUNNEY ACT REQUIREMENTS ON BEHALF OF DEFENDANTS DAIRY FARMERS OF AMERICA, INC. AND DEAN FOODS COMPANY**

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g) (the "Tunney Act"), Defendants Dairy Farmers of America, Inc. ("DFA") and Dean Foods Company ("Dean"), by their attorneys, hereby submit that neither DFA nor Dean engaged in any written or oral communications with any officer or employee of the United States concerning or relevant to the proposed Final Judgment filed in this action on May 1, 2020. In accordance with Section 2(g), this attestation excludes any communications by outside counsel alone with employees of the Department of Justice alone.

1

Pursuant to 28 U.S.C. § 1746, we certify under penalty of perjury that the foregoing is true and correct.

Executed on August 4, 2020.

Respectfully submitted,

FOR DEFENDANT DAIRY FARMERS OF AMERICA, INC.

s/James J. Ktsanes
JAMES J. KTSANES
Latham & Watkins LLP
330 N. Wabash Avenue
Suite 2800
Chicago, IL 60611
TEL: (312) 777-7112
Email: james.ktsanes@lw.com

W. TODD MILLER
Baker & Miller, PLLC
2401 Pennsylvania Ave., NW
Washington, D.C. 20037
TEL: (202) 663-7822
Email: tmiller@bakerandmiller.com

FOR DEFENDANT DEAN FOODS COMPANY

s/Arthur J. Burke (with consent)
ARTHUR J. BURKE
Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY 10017
TEL: (212) 450-4352
Email: arthur.burke@davispolk.com