A Special

HOME OF THE BRAVE

Martin T Petroski
REDACTED - PII
REDACTED - PII

May 20 2020

Eric Welch Acting Chief, Dean Food – DFA

A comment et the Dean Food – DFA Merger – It should not happen. DFA is coming into control of the milk market – what has all the expansion did for the farmer? The farmer has got no major return but more cost. Dean Food should be restructed and DFA broken up like Ma Bell become Baby Bells. The system needs to compete not be controled. DFA is the "milk mob" – there is legal action in courts at present. No one should have more than 49% of a market – at places they are the only market. Interesting in the East less milk but yet one has dumping – what did they buy Deans for?

Food for Thought

[signature]