IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>COMMONWEALTH OF MASSACHUSETTS,<br><br>    and<br><br>STATE OF WISCONSIN,<br><br>               *Plaintiffs*,<br><br>v.<br><br>DAIRY FARMERS OF AMERICA, INC.,<br><br>    and<br><br>DEAN FOODS COMPANY,<br><br>               *Defendants*. | Case No. 1:20-cv-02658<br><br>Judge Gary S. Feinerman |

**ORDER GRANTING MOTION TO RETAIN
THE FRANKLIN PLANT**

THIS CAUSE came before the Court on Defendant Dairy Farmers of America, Inc.'s ("DFA's") Motion to Retain the Franklin Plant Pursuant to the Terms of the Final Judgment (the "Motion"). For good cause shown, this Motion is granted.

NOW THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that the requirements that DFA divest the Franklin Divestiture Assets pursuant to the Final Judgment [Dkt. No. 53] and to hold separate the Franklin Plant pursuant to the Asset Preservation and Hold Separate Stipulation and Order ("Stipulation and Order") [Dkt. No. 13] are terminated. All other obligations as they relate solely to the Franklin Divestiture Assets of the Final Judgment and the

Stipulation and Order are also terminated. The Final Judgment and Stipulation and Order otherwise remain in full force and effect.

SO ORDERED,

This 17th day of December 2020.

_____
U.S. District Judge